■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK D. JENNINGS, Appellant. [43 NYS3d 918]—Appeal by the defendant from an order of the County Court, Suffolk County (Kahn, J.), dated March 19, 2015, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C, upon his consent. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the appeal is dismissed, without costs or disbursements; and it is further,

Ordered that counsel's application for leave to withdraw as counsel is dismissed as academic, without costs or disbursements.

The appeal must be dismissed because no appeal lies from an order entered on the consent of the appellant (*see* CPLR 5511; *People v Johnson*, 142 AD3d 1061 [2016]; *People v Brown*, 125 AD3d 1380 [2015]; *People v Dennis*, 64 AD3d 760 [2009]; *People v Welch*, 30 AD3d 392 [2006]). Eng, P.J., Balkin, Sgroi and Barros, JJ., concur.